IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TORSHANE HILL,

    Petitioner,

  v.              CIVIL ACTION NO.: CV206-068

WAYNE V. BENNETT, Sheriff,

    Respondent.

## ORDER

  Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254, asserting that Petitioner failed to exhaust his available state remedies. By Order dated May 22, 2006, Petitioner was directed to file any objections to the Respondent's motion or to otherwise inform the Court of his decision not to object to the motion. Petitioner was advised that if he did not respond to Respondent's Motion to Dismiss within twenty (20) days, the Court would determine that there is no opposition to the motion and grant the motion as unopposed. Petitioner has failed to respond to the Respondent's Motion and to the Court's May 22, 2006, Order. Accordingly, Respondent's Motion to Dismiss is **GRANTED**. The petition is **DISMISSED**, without prejudice.

  The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

  **SO ORDERED**, this 16th day of June, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)