AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TORSHANE HILL

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-68

WAYNE V. BENNETT, SHERIFF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered on June 16, 2006, granting Respondent's motion to dismiss; judgment of dismissal is hereby entered and this case stands dismissed.

June 16, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03